| | |
|---|---|
| NAME, ADDRESS, AND TELEPHONE NUMBER OF ATTORNEY(S) OR OF PARTY APPEARING IN PRO PER<br>Joseph N. Bolander (SBN 280857)<br>Brandi L. Harper (SBN 264672)<br>CASTILLO HARPER, APC<br>6848 Magnolia Ave. Ste. 100<br>Riverside, CA 92506 | |
| ATTORNEY(S) FOR: Plaintiff, BRENTON BULRICE | |

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRENTON BULRICE<br><br>Plaintiff(s),<br>v.<br>CITY OF BANNING, et al<br><br>Defendant(s) | CASE NUMBER:<br><br><br><br>**CERTIFICATION AND NOTICE<br>OF INTERESTED PARTIES**<br>**(Local Rule 7.1-1)** |

TO: THE COURT AND ALL PARTIES OF RECORD:

The undersigned, counsel of record for  Plaintiff, BRENTON BULRICE  or party appearing in pro per, certifies that the following listed party (or parties) may have a pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal.

(List the names of all such parties and identify their connection and interest. Use additional sheet if necessary.)

| PARTY | CONNECTION / INTEREST |
|---|---|
| Brenton Bulrice | Plaintiff |
| City of Banning | Defendant |

| | |
|---|---|
| 4/21/2017 | /s/ Joseph N. Bolander |
| Date | Signature |

Attorney of record for (or name of party appearing in pro per):

Plaintiff, BRENTON BULRICE