POS-010

| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State Bar number, and address)*: | FOR COURT USE ONLY |
|---|---|
| Brandi L. Harper (SBN 264672); Joseph N. Bolander (SBN 280857)<br>Castillo Harper, APC<br>6848 Magnolia Ave. Ste. 100<br>Riverside, CA 92506<br>TELEPHONE NO.: 909-466-5600  FAX NO. *(Optional)*: 909-466-5610<br>E-MAIL ADDRESS *(Optional)*: Joe@CastilloHarper.com<br>ATTORNEY FOR *(Name)*: Plaintiff, Brenton Bulrice | |

**SUPERIOR COURT OF CALIFORNIA, COUNTY OF** CENTRAL DISTRICT
STREET ADDRESS: WESTERN DIVISION
MAILING ADDRESS: 350 West First Street, Ste 4311
CITY AND ZIP CODE: Los Angeles, CA 90012-4565
BRANCH NAME: FIRST STREET FEDERAL COURTHOUSE

PLAINTIFF/PETITIONER: BRENTON BULRICE

DEFENDANT/RESPONDENT: CITY OF BANNING, et al

CASE NUMBER:
5:17-cv-00772-VAP-KK

**PROOF OF SERVICE OF SUMMONS**

Ref. No. or File No.:

*(Separate proof of service is required for each party served.)*

1. At the time of service I was at least 18 years of age and not a party to this action.
2. I served copies of:
   a. [✓] summons
   b. [✓] complaint
   c. [ ] Alternative Dispute Resolution (ADR) package
   d. [✓] Civil Case Cover Sheet *(served in complex cases only)*
   e. [ ] cross-complaint
   f. [✓] other *(specify documents)*: Ntc of Assignment, Standing Order and Ntc of Interested Parties

3. a. Party served *(specify name of party as shown on documents served)*:
   City of Banning, a Public Entity

   b. [ ] Person (other than the party in item 3a) served on behalf of an entity or as an authorized agent (and not a person under item 5b on whom substituted service was made) *(specify name and relationship to the party named in item 3a)*:

4. Address where the party was served:
   99 E. Ramsey, Banning, CA 92220

5. I served the party *(check proper box)*
   a. [✓] **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on *(date)*: 5/3/2017  (2) at *(time)*: 8:42 AM
   b. [ ] **by substituted service.** On *(date)*:  at *(time)*:  I left the documents listed in item 2 with or in the presence of *(name and title or relationship to person indicated in item 3)*:

      (1) [ ] **(business)** a person at least 18 years of age apparently in charge at the office or usual place of business of the person to be served. I informed him or her of the general nature of the papers.

      (2) [ ] **(home)** a competent member of the household (at least 18 years of age) at the dwelling house or usual place of abode of the party. I informed him or her of the general nature of the papers.

      (3) [ ] **(physical address unknown)** a person at least 18 years of age apparently in charge at the usual mailing address of the person to be served, other than a United States Postal Service post office box. I informed him or her of the general nature of the papers.

      (4) [ ] I thereafter mailed (by first-class, postage prepaid) copies of the documents to the person to be served at the place where the copies were left (Code Civ. Proc., § 415.20). I mailed the documents on *(date)*:  from *(city)*:  **or** [ ] a declaration of mailing is attached.

      (5) [ ] I attach a **declaration of diligence** stating actions taken first to attempt personal service.

Page 1 of 2

| Form Adopted for Mandatory Use<br>Judicial Council of California<br>POS-010 [Rev. January 1, 2007] | **PROOF OF SERVICE OF SUMMONS** | Code of Civil Procedure, § 417.10 |

| PLAINTIFF/PETITIONER: BRENTON BULRICE | CASE NUMBER: |
|---|---|
| DEFENDANT/RESPONDENT: CITY OF BANNING, et al | 5:17-cv-00772-VAP-KK |

5. c. ☐ **by mail and acknowledgment of receipt of service.** I mailed the documents listed in item 2 to the party, to the address shown in item 4, by first-class mail, postage prepaid,

    (1) on *(date):*    (2) from *(city):*

    (3) ☐ with two copies of the *Notice and Acknowledgment of Receipt* and a postage-paid return envelope addressed to me. *(Attach completed* Notice and Acknowledgement of Receipt.*)* (Code Civ. Proc., § 415.30.)

    (4) ☐ to an address outside California with return receipt requested. (Code Civ. Proc., § 415.40.)

  d. ☐ **by other means** *(specify means of service and authorizing code section):*

    ☐ Additional page describing service is attached.

6. The "Notice to the Person Served" (on the summons) was completed as follows:
   a. ☐ as an individual defendant.
   b. ☐ as the person sued under the fictitious name of *(specify):*
   c. ☐ as occupant.
   d. ☐ On behalf of *(specify):*
   under the following Code of Civil Procedure section:
   ☐ 416.10 (corporation) ☐ 415.95 (business organization, form unknown)
   ☐ 416.20 (defunct corporation) ☐ 416.60 (minor)
   ☐ 416.30 (joint stock company/association) ☐ 416.70 (ward or conservatee)
   ☐ 416.40 (association or partnership) ☐ 416.90 (authorized person)
   ☐ 416.50 (public entity) ☐ 415.46 (occupant)
       ☐ other:

7. **Person who served papers**
   a. Name: Trent Mackie
   b. Address: 3432 N. Orangewood Ave. Rialto, CA 92377
   c. Telephone number: 909-429-1118
   d. **The fee** for service was: $ 92.00
   e. I am:
     (1) ☐ not a registered California process server.
     (2) ☐ exempt from registration under Business and Professions Code section 22350(b).
     (3) ☑ a registered California process server:
       (i) ☑ owner ☐ employee ☐ independent contractor.
       (ii) Registration No.: 534
       (iii) County: San Bernardino

8. ☑ **I declare** under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

    or

9. ☐ **I am a California sheriff or marshal and** I certify that the foregoing is true and correct.

Date: 5/16/17

Trent Mackie      ▶ *(signature)*
(NAME OF PERSON WHO SERVED PAPERS/SHERIFF OR MARSHAL)