```
                    FILED
           CLERK, U.S. DISTRICT COURT

                 OCT 23, 2017

          CENTRAL DISTRICT OF CALIFORNIA
          BY:      BH        DEPUTY
```

**NOTE: CHANGES MADE BY THE COURT**

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRENTON BULRICE, | Case No.: 5:17-cv-00772 VAP (KKx) |
| Plaintiff, | Complaint Filed: April 21, 2017 |
| v. | ~~[PROPOSED] ORDER RE STIPULATION TO STAY ALL MATTERS PENDING DISMISSAL~~ |
| CITY OF BANNING, A Public Entity; and DOES 1 THROUGH 10 INCLUSIVE;, | |
| Defendants. | |

IT IS HEREBY ORDERED that all matters be stayed until October 31, 2017 or until the filing of the Dismissal with prejudice based on the settlement reached between the parties. The parties shall appear before the court for a status conference on November 6, 2017 at 1:30 p.m. unless a request for dismissal is filed.

**IT IS SO ORDERED.**

Dated: October 23, 2017

By: *[signature: Virginia A. Phillips]*
Hon. Virginia A. Phillips
Chief District Court Judge